IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**, <br><br> Plaintiff, <br><br> vs. <br><br> **DAVE HAYS, ET AL.**, <br><br> Defendants. | NO. **2:15-CV-01627-TLN-CMK** <br><br> ORDER ON JOINT STIPULATION REGARDING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION |

After consideration of the joint stipulation regarding Plaintiff's Motion for a Temporary Restraining Order and/or Preliminary Injunction, the Court hereby approves the stipulation and orders as follows:

1. Federal Defendants shall lodge the Provisional Administrative Record ("Provisional AR") for Plaintiff's Motion for a Temporary Restraining Order and/or Preliminary Injunction ("Motion") by **August 5, 2015**. Federal Defendants shall lodge the Provisional AR in electronic format on digital video disk ("DVD").

2. Plaintiff's Motion and a brief in support of that Motion shall be due on **August 7, 2015**. The brief shall be no more than 20 pages in length.

3. Federal Defendants' response in opposition to the Motion shall be due on **August 14, 2015**. The response shall be no more than 20 pages in length.

4. Plaintiff's reply in support of its Motion shall be due on **August 18, 2015**. The reply shall be no more than 10 pages in length.

5. Finally, the Court is cognizant of the September 5, 2015 date set by Federal Defendants for the commencement of logging. However, due to this Court's case load, the Court cannot guarantee that it will be able to make a decision on or before that date.

IT IS SO ORDERED.

Dated: August 7, 2015

Troy L. Nunley
United States District Judge