**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, and EARTH ISLAND INSTITUTE,<br><br>                  Plaintiffs,<br><br>    v.<br><br>DAVE HAYS, Lassen National Forest Supervisor; and UNITED STATES FOREST SERVICE,<br><br>                  Defendants. | Civ. No. 2:15-cv-01627-TLN-CMK<br><br>**ORDER** |

Civ. No. 2:15-cv-01627-TLN-CMK
Proposed Order

In consideration of Plaintiffs' motion to shorten time,

IT IS ORDERED that Plaintiffs' motion is GRANTED;

Plaintiffs' Motion to Strike will be considered concurrently with Plaintiffs' TRO/Preliminary Injunction Motion;

Defendants' Opposition to Plaintiffs' Motion to Strike, per the Parties Agreement, shall be filed by August 27, 2015.

IT IS SO ORDERED.

Dated:  August 26, 2015

_____
Troy L. Nunley
United States District Judge