UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, and EARTH ISLAND INSTITUTE,<br><br>    Plaintiffs,<br><br>    v.<br><br>DAVE HAYS, Lassen National Forest Supervisor, and UNITED STATES FOREST SERVICE,<br><br>    Defendants. | No. 2:15-cv-01627-TLN-CMK<br><br>**ORDER DENYING MOTION FOR ADDITIONAL BRIEFING** |

This matter is before the Court pursuant to Plaintiffs Center for Biological Diversity and Earth Island Institute's ("Plaintiffs") motion for additional briefing (ECF No. 27) and motion to shorten time on Plaintiffs' motion for additional briefing (ECF No. 28). The Court has carefully considered the arguments raised by Plaintiffs, but finds that additional briefing is not necessary in light of this Court's order ruling on Plaintiffs' request for temporary restraining order. (*See* Order, ECF No. 30.) As such Plaintiffs' motion for additional briefing (ECF No. 27) and motion to shorten time on Plaintiffs' motion for additional briefing (ECF No. 28) are hereby DENIED.

    IT IS SO ORDERED.

Dated: October 8, 2015

Troy L. Nunley
United States District Judge