UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, and EARTH ISLAND INSTITUTE,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVE HAYS, Lassen National Forest Supervisor, and UNITED STATES FOREST SERVICE,<br><br>Defendants. | No. 2:15-cv-01627-TLN-CMK<br><br>**ORDER ON JOINT STIPULATION REGARDING PLAINTIFFS' MOTION FOR RECONSIDERATION** |

After consideration of the joint stipulation regarding Plaintiff's Motion for Reconsideration and amended Proposed Briefing Schedule, the Court hereby approves the stipulation and orders as follows:

1. Plaintiffs' Motion for Reconsideration and a brief in support of that motion shall be due on **November 16, 2015**. The brief shall be no more than 20 pages in length.
2. Federal Defendants' response in opposition to the Motion for Reconsideration shall be due on **December 11, 2015**. The response shall be no more than 20 pages in length.
3. Plaintiffs' reply in support of its Motion for Reconsideration shall be due on **December 22, 2015**. The reply shall be no more than 10 pages in length.

IT IS SO ORDERED.

Dated:  November 16, 2015

_____
Troy L. Nunley
United States District Judge